JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
Nevada Bar No.: 4321
P.O. Box 95695
Las Vegas, NV 89193
(702) 737-6111

RECEIVED & FILED

'11 NOV -9 P2:44

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>EFRAIN GARCIA<br>MARIANA GARCIA<br><br>Address:<br>7125 COPPERLEAF DRIVE<br>LAS VEGAS, NV 89128 | CASE NO.: BK-S-10-26415 MKN<br>Chapter 7 -- Liquidation<br><br><br><br>Hearing Date: N/A<br>Hearing Time: N/A |

TO: Clerk, United States Bankruptcy Court

FROM: James F. Lisowski, Sr., Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| SURPLUS | EFRAIN GARCIA<br>7125 COPPERLEAF DRIVE<br>LAS VEGAS, NV 89128 | 2,148.46 |

TOTAL: $ 2,148.46

Dated: 11/1/11

James F. Lisowski, Sr., Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

rcpt # 205198        $ 2148.46